GEOFFREY C. LYON (BAR NO. 132747)
*glyon@lyonlawyer.com*
LYON LAW PC
3553 Atlantic Ave Ste B-355
Long Beach, California 90807
Telephone: (562) 426-2112

Attorneys for Plaintiff,
THUHONG DO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THUHONG DO et. al.,<br><br>Plaintiff,<br><br>vs.<br><br>SAUDI ARABIAN AIRLINES CORPORATION,<br><br>Defendants. | Case No. 2: 23-CV-00135-MRA (RAOx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Complaint Filed: November 14, 2022<br>Notice of Removal filed: January 9, 2023<br>Trial Date: April 28, 2025 |

-1-
NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Pursuant to L.R. 16-15.7 and 40-2 all Parties to the above action, namely Plaintiff Thuong Do and Defendant Saudi Arabian Airlines Company, have reached a settlement in principle as to all Parties and all causes of action and anticipate signing a long form settlement agreement by April 4, 2025.

All Parties request all dates on the Court's calendar in this case be vacated, including the motion hearings set for April 14, 2025, trial conference on April 23, 2025, and jury trial on April 28, 2025.

All Parties request the Court set an OSC re dismissal after settlement for on or about May 29, 2025, to allow time for the Parties to complete the terms of the settlement.

The Parties anticipate filing a stipulation for dismissal pursuant to FRCP 41(a)(1)(A)(ii) before the OSC re settlement.

DATED: March 27, 2025             LYON LAW PC

                                  */s/ Geoffrey C. Lyon*
                                  Attorney for Plaintiff,
                                  THUHONG DO

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: Lyon Law; 3553 Atlantic Ave Ste B-355, Long Beach, CA 90807. On the date of execution of this proof of service I served on interested parties in this action the attached:

## NOTICE OF SETTLEMENT

by emailing and/or placing true and correct copies thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Jamila S. Mensah<br>**NORTON ROSE FULBRIGHT US LLP**<br>1550 Lamar, Suite 2000,<br>Houston, Texas 77010, United States | Attorneys for Defendant<br>SAUDI ARABIAN AIRLINES CORPORATION DBA SAUDIA<br>Tel: + 1 (713) 651-5504<br>Email:<br>jamila.mensah@nortonrosefulbright.com |
| Deborah F. Birndorf (SBN 179823)<br>Jenny Choi<br>**NORTON ROSE FULBRIGHT US LLP**<br><br>555 South Flower Street, Fl. 41<br>Los Angeles, California 90071 | Attorney for Defendant, SAUDI ARABIAN AIRLINES CORPORATION DBA SAUDIA<br><br>Tel: (213) 892-9200<br>Fax: (213) 892-9494<br>Email:<br>debbie.birndorf@nortonrosefulbright.com<br>jenny.choi@nortonrosefulbright.com |

[XX] **BY EMAIL**

[XX] **FEDERAL:** I declare under the laws of the United States that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed at Long Beach, California on March 27, 2025.

*/s/ Geoff Lyon*